# UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

**Case No. 2:18-md-2846**

**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**This document relates to:**
*Pollett v. C.R. Bard, Inc., et al.*
**Case No. 2:22-cv-4307**

## ORDER

On January 4, 2024, after Plaintiff's counsel filed a Notice of Suggestion of Death (ECF No. 3), the Court ordered Plaintiff's counsel to file a motion to substitute a proper party within thirty days or this case would be dismissed.  (ECF No. 4.)  No motion to substitute has been filed. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**3/11/2024**          **s/Edmund A. Sargus, Jr.**
**DATE**                    **EDMUND A. SARGUS, JR.**
                              **UNITED STATES DISTRICT JUDGE**